**FILED: 6/29/11**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Juan Barrios,* | CASE NO. CV 11-2917-GHK (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| *Kevin McCarthy, et al.* | |
| Defendants. | |

Pursuant to the Court's June 3, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Juan Barrios's claims against Defendants Carrington Mortgage Services, LLC, CitiMortgage, Inc., and Wells Fargo Bank, N.A., as Trustee for Stanwich Mortgage Loan Trust, Series 2010-4 Asset-Backed Pass-Through Certificates's are **DISMISSED with prejudice**. Pursuant to the Court's June 29, 2011 Order, Defendants Kevin McCarthy, Quality Loan Services Corporation, Brenda S. Errebo, Mary Jane Sarne, Kirk Gerling, Mortgage Electronic Registration System, Monica G. Sandoval, Nancy A. Whitmer, Bonnie J. Dawson, and Atlantic & Pacific Foreclosures Services LLC are **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: June 29, 2011

_____
GEORGE H. KING
United States District Judge